IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JARRYNN R. AVERY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-25-2271 |
| JOSEPH LOVENDUSKI, et al., | * | |
| Defendants. | * | |
| | * | |

***

## ORDER

On July 14, 2025, self-represented Plaintiff Jarrynn R. Avery initiated this action against Defendants Joseph Lovenduski and Fairport Asset Management REO, LLC. (ECF No. 1). Under Federal Rule of Civil Procedure 4(m) and Local Rule 103.8(a) (D.Md. 2025), a defendant must be served within ninety (90) days of the filing of the complaint. To date, it has been 94 days since Avery filed his Complaint against Defendants, yet the Court has no record that Defendants have been served.

Accordingly, it is this 16th day of October, 2025, hereby:

ORDERED that Avery show good cause within fourteen (14) days of the date of this Order why the Complaint should not be dismissed without prejudice against Defendants. Failure to respond to this Order may result in dismissal of the Complaint against Defendants without further notice from this Court; and

IT IS FURTHER ORDERED that the Clerk shall MAIL a copy of this Order to Avery's address on record.

/s/
George L. Russell, III
Chief United States District Judge